No. 96–568. ONCALE *v.* SUNDOWNER OFFSHORE SERVICES, INC., ET AL. C. A. 5th Cir. Certiorari granted. ▮

No. 96–1579. BROGAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. ▮

No. 96–1400. CALIFORNIA ET AL. *v.* DEEP SEA RESEARCH, INC., ET AL. C. A. 9th Cir. Motions of National Trust for Historic Preservation et al. and Columbus-America Discovery Group for leave to file briefs as *amici curiae* granted. Certiorari granted. ▮

No. 96–1569. BOGAN ET AL. *v.* SCOTT-HARRIS. C. A. 1st Cir. Certiorari granted. In addition to the questions presented by the petition, the parties are directed to brief and argue the following question: "Are individual members of a local legislative body entitled to absolute immunity from liability under 42 U. S. C. § 1983 for actions taken in a legislative capacity?" ▮

No. 96–1581. SOUTH DAKOTA *v.* YANKTON SIOUX TRIBE ET AL. C. A. 8th Cir. Motion of Montana Association of Counties for Reservation Counties for leave to file a brief as *amicus curiae* granted. Certiorari granted. ▮

No. 95–1763. J. M. MARTINAC & CO. ET AL. *v.* SARATOGA FISHING CO. C. A. 9th Cir. Certiorari denied. ▮

No. 96–176. PRESSLEY, PERSONAL REPRESENTATIVE FOR THE ESTATE OF PRESSLEY, DECEASED *v.* PRESSLEY. C. A. 6th Cir. Certiorari denied. ▮

No. 96–1397. VILLAGE OF AIRMONT *v.* LEBLANC-STERNBERG ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 96–1417. CARGILL, INC. *v.* PARSLEY DAIRY FARM ET AL.; and
No. 96–1624. PARSLEY DAIRY FARM ET AL. *v.* CARGILL, INC. C. A. 5th Cir. Certiorari denied. Reported below: 102 F. 3d 551.